**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

| | |
|---|---|
| In re: | Chapter 7 |
| YEHUDA AMINOV, | Case No.: 08-11232-RTL |
| Debtor. | Judge: Hon. Raymond T. Lyons |

Last four digits of Social Security No.: 0360

Order Filed on 4/25/08 by Clerk U.S. Bankruptcy Court District of New Jersey

Recommended Form: ☐ Followed ☐ Modified

**ORDER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE AND/OR DISCHARGEABILITY OF A DEBT**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 4/25/2008**

*Raymond T. Lyons*
Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

{00027134.DOC; 1}

Debtor:          Yehuda Aminov
Case No.:        08-11232-RTL
Caption of Order: Order Extending Time For Filing Complaints Objecting To Discharge Or To Have A Debt Declared Non-Dischargeable

This matter having come before the Court on (a) the motion of the case trustee (the "Trustee") and (b) the motion of Forest Diamonds, Inc. d/b/a Aminov Diamonds, Inc. ("Forest Diamonds"), each seeking an extension of the time within which a complaint objecting to discharge and/or determining the dischargeability of a debt may be filed; as to which extension of time the Debtor does not object; and all interested parties having been duly served; and the Court having considered all of the papers submitted, along with any arguments of counsel; and for good cause shown, it is

ORDERED that:

1. The time within which the Trustee, Forest Diamonds, and all other creditors, may file a complaint objecting to discharge of the debtor and/or determining dischargeability of a debt be and hereby is extended from April 28, 2008 to and including May 30, 2008.

2. Forest Diamonds shall serve a conformed copy of this order on the Debtor, by his counsel, and the Trustee, by his counsel.

{00027134.DOC; 1}

*Approved by Judge Raymond T. Lyons  April  25, 2008*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-3          User: ndutko               Page 1 of 1           Date Rcvd: Apr 25, 2008
Case: 08-11232                Form ID: pdf903            Total Served: 1

The following entities were served by first class mail on Apr 27, 2008.
db          +Yehuda Aminov,   23 Kelmwood Avenue,   Lakewood, NJ 08701-2983

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2008**          **Signature:**   *Joseph Speetjens*