UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br><br> Yehuda Aminov | Case No.:  08-11232 <br><br> Hearing Date:  October 20, 2008 @ 11:45 am <br><br> Judge:  Raymond T. Lyons |

## NOTICE OF STATUS CONFERENCE
## RE CHAPTER 7 REPORT

**TO:**   TRUSTEE and UNITED STATES TRUSTEE

It appearing that a:

- ☑ Trustee's Report of No Distribution or Notice of Assets
- ❏ Trustee's Final Report
- ❏ Trustee's Post Distribution Report

has not been filed in this case, you are hereby notified that a Status Conference will be held on:

DATE:    October 20, 2008 @ 11:45 am

COURTROOM:    8

LOCATION:    USBC 402 East State Street

   Trenton NJ 08608

A STATUS REPORT MUST BE FILED WITH THE CLERK NO LATER THAN SEVEN (7) DAYS PRIOR TO THE HEARING.

**APPEARANCES ARE:**

- ❏ Required.
- ☑ Not required if a Status Report is filed.

*new. 8/1/07*

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: dimmordi           Page 1 of 1              Date Rcvd: Oct 03, 2008
Case: 08-11232                Form ID: pdf900          Total Served: 1
```

The following entities were served by first class mail on Oct 05, 2008.
db          +Yehuda Aminov,   23 Kelmwood Avenue,   Lakewood, NJ 08701-2983

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2008**                    **Signature:**    *Joseph Speetjens*