**TEICH GROH**
AN ASSOCIATION OF
PROFESSIONAL CORPORATIONS & LIMITED LIABILITY COMPANIES
COUNSELLORS AT LAW
691 STATE HIGHWAY 33
MERCERVILLE
TRENTON, NEW JERSEY 08619-4407

ARTHUR TEICH  (1915-1997)
WILLIAM C. GROH  (1921-2007)
BARRY W. FROST*
MICHAEL A. ZINDLER
CAROL OSWALD
CAROL L. KNOWLTON†
ALLEN I. GORSKI†
DEAN S. NALBONE†
ALAN G. FRANK, JR.
GARY R. BACKINOFF†
BRIAN W. HOFMEISTER

(609) 890-1500
FAX NO. (609) 890-6961

BRANCH OFFICE:

34 FRANKLIN CORNER ROAD
LAWRENCEVILLE, NJ 08648-2103

(609) 844-0488
FAX (609) 844-0784

JENNIFER ZOSCHAK
CINZIA CIOFFI
RICHARD J. ALPHONSE

* NJ AND NY BAR
† NJ AND PA BAR

October 8, 2008

Honorable Raymond T. Lyons, Jr.
Bankruptcy Judge
United States Bankruptcy Court
402 East State Street
Trenton, NJ  08608

RE:    Debtor Estate of Yehuda Aminov
       Case No.:  08-11232-RTL
       Hearing Date:  10/20/08 at 11:45 am

Dear Judge Lyons:

In response to the Court's status conference, please be advised that the Trustee has retained special counsel in Israel in connection with the possible liquidation of an apartment co-owned by the debtor and non-debtor spouse.  We are currently investigating whether or not the non-debtor spouse will cooperate in the sale and provide a Power of Attorney to the Trustee's special counsel in Israel authorizing the sale on the condition that the non-debtor spouse receives one-half of the net proceeds.  Unless we are able to obtain cooperation of the co-owner, we will be filing a report of no distribution and closing this file.

Accordingly, we would request that the Court adjourn the status conference to allow the Trustee to continue his investigation before filing a Notice of Assets or report of no distribution.

Very truly yours,

*/s/ Barry W. Frost*

BARRY W. FROST

BWF:cmc