Form 154 – ntcabn72

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 08–11232–RTL
Chapter: 7
Judge: Raymond T. Lyons Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Yehuda Aminov
23 Kelmwood Avenue
Lakewood, NJ 08701

Social Security No.:
xxx–xx–0360

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

Barry Frost, Trustee for the above–captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than January 12, 2009.
In the event an objection is timely filed, a hearing will be held before the Honorable Raymond T. Lyons Jr. on

DATE: January 26, 2009
TIME: 10:00am
COURTROOM: 8

If no objection is filed with the Clerk and served upon the Trustee on or before January 12, 2009, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
1/2 ownership in 2–bedroom apartment located at Gani Aviv Lod, Israel

Value: $60,000.00

The liens on the property to be abandoned are as follows
(including amount claimed due):
Mizrahi Tefahot Bank Ltd.–$50,000.00

The amount of equity claimed as exempt by the debtor is:
$10,000.00

Request for additional information about the property to be abandoned should be directed to the Trustee at:
Barry Frost
TEICH GROH
691 State Highway 33
Trenton, NJ 08619–4407

609−890−1500

    or the trustee's attorney (if applicable) at:
Barry W. Frost
Teich Groh
691 State Highway 33
Trenton, NJ 08619−4407
609−890−1500


Dated: December 23, 2008
JJW:

                                                                                   James J. Waldron
                                                                                   Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: bduplech              Page 1 of 1          Date Rcvd: Dec 23, 2008
Case: 08-11232                 Form ID: 154                Total Served: 12

The following entities were served by first class mail on Dec 25, 2008.
db           +Yehuda Aminov,    23 Kelmwood Avenue,    Lakewood, NJ 08701-2983
smg           U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
sp            Wine, Misheiker & Ernstoff,    Keren Hayesod 19A,    JERUSALEM 94188
508561325     Bank of America,    Box 15721,    Wilmington, DE  19886-5721
508561326     Chase,    Box 15153,    Wilmington, DE  19886-5153
508561327    +Cohen, Tauber, Spievack,    420 Lexington Avenue,    Suite 2400,    New York, NY 10170-2499
508561328    +Forest Diamonds Inc.,    15 West 47th Street,    Suite 906,    New York, NY 10036-3305
508561329     Forest Diamonds, Inc.,    550 Sout Hill Street,    Suite 1647,    Los Angeles, CA  90013
508561330     Mizrahi Tefahot Bank Ltd,    P.O.B. 3450,    7 Jaboutinsky Street,    Ramat Gan, Israel  52520
508561331    +Moskowitz & Book LLP,    1372 Broadway,    14th Floor,    New York, NY 10018-6107
508561332     Signature Credit Card,    Box 790408,    Saint Louis, MO  63179-0408

The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Data Rights & Privacy Advisors, LLC
                                                                                                   TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 25, 2008**                    **Signature:**    _Joseph Speetjens_