**FOREST** DIAMONDS

WORLD'S LARGEST DIAMOND MATCHED PAIRS MANUFACTURER

Hanan Totayev
Hanan@ForestDiamonds.com

January 8, 2009

Office of the Standing Trustee
Mr. Barry W. Frost
Teich Groh
691 State Highway 33
Trenton, New Jersey 08619

**Re: Debtor Estate of Yehuda Aminov**
  Case No.: 08-11232-RTL
  Hearing Date: January 26th, 2009 at 10:00 am

Dear Trustee Frost,

I am requesting an adjournment in the above caption matter for the following reasons:

1. I will be out of the Country until February 20th, 2009.

2. I also will file a Motion of Objecting to the abandonment of certain real property owned by the debtor, as mention in my telephone message left at your office.

For all the above reasons, I am requesting an adjournment. If this is granted, would you either call my office or fax a reply to this number (212) 730-8845. Thank you for you for your consideration.

Hanan Totayev

Cc/ U.S. Bankruptcy Court

U.S BANKRUPTCY COURT
FILED
TRENTON NJ

09 JAN 12 PM 2:51

JAMES J. WALDRON

BY:_____
DEPUTY CLERK

## Certification

I hereby certify that the foregoing statements made by me are true. I am aware if any of the foregoing statements made by me are willing fully false, I am subject to punishment.

Dated: January 8, 2009

_____
Harlan Totayev

Sworn to before me this 8th day

Of January 2009

_____
Notary Public, State of New York

BRUCE S. KAPLAN
Notary Public - State of New York
No. 24-4513419
Qualified in Kings County
My Commission Expires Feb. 28 2010

**FOREST DIAMONDS, INC.**
**D/B/A AMINOV DIAMONDS**
**Hanan Totayev, Vice President**
15 West 47th Street, Suite 906
New York, New York 10036
( 212 ) 730 - 8844

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of : | Chapter 7 |
| Yehuda Aminov | Case No : 08- 11232 - RTL |
| Debtor. | |

### NOTICE OF MOTION OBJECTING TO PROPOSED ABANDONMENT

PLEASE TAKE NOTICE that on Jan. 26th a hearing will be held before the

Honorable Raymond T. Lyons Jr., Hanan Totayev , Forest Diamonds Inc., d/ b/a Aminov Diamonds( creditor ), request on that date or as soon thereafter as Creditor may be heard , for the following relief:

1. For an Order to Vacate the Proposed Order to Abandonment of Real Property. To permit Hanan Totayev, Forest Diamonds Inc., d/ b/a Aminov Diamonds creditor, to proceed against debtor , and get an independent appraisal of real property.

2. The monetary value regarding the Investment property was never perfected. Debtor never submitted an appraised value of the investment property. The market value submitted to the Trustee was based on the debtor opinion. The debtor claimed the value on schedule A , ( see attached ) . However, the exemption was for $ 8, 775.00 nor was the co- debtor disclosed on Scheduled D nor Scheduled H. Debtor also does not claim income from property, Statement of Intention discloses the property as Investment and as exempt, not redeeming the property. Debtor also stated possession of a safe deposit box at the 341 Creditors Meeting. ( see Attached )

3. Forest Diamonds Inc., Creditor wants an appraised value of the property, and title work disclosing ownership and liens. The appraised value should come from the appraiser in Israel, Creditor is willing to use his source to obtain the appraisal from an Independent Contractor, making this matter less burdensome on the Court and the

Trustee. This will disclose the amount owed, and parties of interest in the property.

4. Forest Diamonds Inc., Creditor objects to the Proposed Motion to abandoned the real property. Creditor has sufficient cause within this motion.

The undersign believes no brief is necessary because no real or complex issues of law are contemplated. Movant, relies on clear statutory language as the basis for relief, and the moving papers give adequate notice of Movant's theory of relief and relevant fact. Movant prays upon this Court to allow him to purchase the property, if its value is the amount submitted to the court. Any monies due the Court and Trustee, will be surrendered to the Court after the Sale of Property.

Movant, also request that a Stay be placed on this property until this value can be determined. Movant also requests that a judgment be granted or an order allowing the creditor to reopen this case. Creditor has established, suspects and an intent of fraud or not disclosing proper documentation to the Court, by way of non disclosure.

For such other relief as is just.

Please Take Further Notice that in support of this Motion, Movant relies on the Trustee inquiry regarding this matter

    Forest Diamonds Inc.
    d/b/a Aminov Diamonds
    Hanan Totayev, Vice President

FORM B6A (Official Form 6A) (12/07)

In re  **Yehuda Aminov**  ,  Case No. _____
                Debtor(s)                                                                            (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2 Bedroom Apartment, Gani Aviv, Lod, Israel<br>Investment property<br>Rents for 1500(US$405) shekels per month, mortgage payment is 900(US$243.00) shekels<br>50% interest | Husband and Wife | | $ 60,000.00 | $ 50,000.00 |

No continuation sheets attached

**TOTAL $**   60,000.00
(Report also on Summary of Schedules.)

In re **Yehuda Aminov** _____ / Debtor    Case No. _____
(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceeding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

Page __1__ of __1__

B6I (Official Form 6I) (12/07)

In re _Yehuda Aminov_____,   Case No. _____
                    **Debtor(s)**                              (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: _Single_ | DEPENDENTS OF DEBTOR AND SPOUSE ||
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 157.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): _Gift from relatives_ | $ 1,800.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,957.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,957.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 1,957.00 ||

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Page No. _1_ of _1_

FORM B8 (10/05)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re **Yehuda Aminov**

Case No.
Chapter 7

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☒ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 2 Bedroom Apartment, Gani Aviv, Lod, Israel | Mizrahi Tefahot Bank Ltd | | X | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

**Signature of Debtor(s)**

Date: **1/24/2008**        Debtor: **/s/ Yehuda Aminov**

Date: _____      Joint Debtor: _____

Page 1 of 1