UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on 1/15/2009 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Case No.:

Hearing Date:

Judge:    Raymond T. Lyons

## ORDER VACATING CERTIFICATION OF NO OBJECTION

The relief set forth on the following pages, numbered two (2) through   2   is hereby **ORDERED**.

..........

**DATED: 1/15/2009**

Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

# ORDER VACATING
# CERTIFICATION OF NO OBJECTION

**By**

The Court, on its own motion, finds that the
entered in the above captioned case was entered in error and must be vacated; and for good cause shown it is

ORDERED that said

*Approved by Judge Raymond T. Lyons  January 15, 2009*