**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on 1/15/2009 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Yehuda Aminov

Case No.:   08-11232

Hearing Date:

Judge:   Raymond T. Lyons

## ORDER VACATING CERTIFICATION OF NO OBJECTION

The relief set forth on the following pages, numbered two (2) through   2   is hereby **ORDERED**.

**DATED: 1/15/2009**

Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

# ORDER VACATING
# CERTIFICATION OF NO OBJECTION

**By**   The Court   entered on   1/13/09

The Court, on its own motion, finds that the CERTIFICATION OF NO OBJECTION
entered in the above captioned case was entered in error and must be vacated; and for good cause shown it is

    ORDERED that said   CERTIFICATION OF NO OBJECTION

be and the same is hereby vacated.

*Approved by Judge Raymond T. Lyons  January  15, 2009*

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: ndutko              Page 1 of 1            Date Rcvd: Jan 16, 2009
Case: 08-11232                 Form ID: pdf903           Total Served: 1

The following entities were served by first class mail on Jan 18, 2009.
db          +Yehuda Aminov,   23 Kelmwood Avenue,   Lakewood, NJ 08701-2983

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2009             Signature:    _Joseph Speetjens_