**TEICH GROH**
AN ASSOCIATION OF
PROFESSIONAL CORPORATIONS & LIMITED LIABILITY COMPANIES
COUNSELLORS AT LAW
691 STATE HIGHWAY 33
MERCERVILLE
TRENTON, NEW JERSEY 08619-4407

ARTHUR TEICH  (1915-1997)
WILLIAM C. GROH  (1921-2007)
BARRY W. FROST*
MICHAEL A. ZINDLER
CAROL OSWALD
CAROL L. KNOWLTON†
ALLEN I. GORSKI†
DEAN S. NALBONE†
ALAN G. FRANK, JR.
GARY R. BACKINOFF†
BRIAN W. HOFMEISTER

(609) 890-1500

FAX NO. (609) 890-6961

BRANCH OFFICE:

34 FRANKLIN CORNER ROAD
LAWRENCEVILLE, NJ 08648-2103

(609) 844-0488
FAX (609) 844-0784

JENNIFER ZOSCHAK
CINZIA CIOFFI
RICHARD J. ALPHONSE

* NJ AND NY BAR
† NJ AND PA BAR

January 21, 2009

<u>***Via ECF & e-mail***</u>

Honorable Raymond T. Lyons, Jr.
Bankruptcy Judge
United States Bankruptcy Court
402 East State Street
Trenton, NJ  08608

RE:    Debtor Estate of Yehuda Aminov
       Case No.:  08-11232-RTL
       Hearing Date:  1/26/09 at 11:45 am

Dear Judge Lyons:

In response to the Court's status conference, please be advised that the Trustee is attempting to abandon his interest in an apartment co-owned by the debtor and non-debtor spouse, due to the fact that the apartment is in Israel and we are unable to market and sell same.

An objection has been filed to the Trustee's Notice of Abandonment and a hearing is currently scheduled before this Honorable Court on 3/2/09 and that will determine whether or not this matter can be closed by the Trustee.

Accordingly, we would request that the Court adjourn the status conference to allow the foregoing to occur.

Very truly yours,

*/s/ Barry W. Frost*

BARRY W. FROST

BWF:cmc