UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

TEICH GROH
691 State Highway 33
Trenton, New Jersey 08619
(609) 890-1500
Attorneys for Trustee

In Re:

YEHUDA AMINOV

Case No.  08-11232-RTL

Chapter 7

Judge:   Raymond T. Lyons, Jr.

## ORDER APPROVING ABANDONMENT

    The relief set forth on the following pages, numbered two (2) through   2   is hereby **ORDERED**.

**DATED: 4/24/2009**

_Raymond T. Lyons_
Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

(Page 2)
Debtor:        Yehuda Aminov
Case No.:     08-11232-RTL
Caption of Order: **ORDER APPROVING ABANDONMENT**

---

This matter having been brought before the court upon an objection to the Chapter 7 Trustee's abandonment of the debtor's one-half (½) interest in a two-bedroom apartment located at Gani Aviv, Lod, Israel, and the Court having considered the pleadings submitted, and a hearing having been held on April 6, 2009, and good and sufficient cause appearing;

IT IS hereby ORDERED as follows:

1. That the objection of Hanan Totayev to the Trustee's abandonment of the debtor's one-half (½) interest in a two-bedroom apartment located at Gani Aviv, Lod, Israel, be and the same is hereby overruled and the Trustee's abandonment is hereby approved.

*Approved by Judge Raymond T. Lyons  April 24, 2009*