Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  08–11232–RTL
Chapter:  7
Judge:  Raymond T. Lyons Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Yehuda Aminov
23 Kelmwood Avenue
Lakewood, NJ 08701
Social Security No.:
xxx–xx–0360
Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on April 24, 2009, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 45 – 37
Order Approving Abandonment (related document:[37] Notice of Information for Abandonment re: 1/2 ownership in 2–bedroom apartment located at Gani Aviv, Lod, Israel; Value: $60,000 filed by Barry Frost on behalf of Barry Frost). The following parties were served: Debtor, Debtor's Attorney, Trustee, US Trustee and Hanan Totayev. Signed on 4/24/2009. (nmd)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 24, 2009
JJW: nmd

James J. Waldron
Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-3        User: ndutko           Page 1 of 1              Date Rcvd: Apr 24, 2009
Case: 08-11232             Form ID: orderntc       Total Served: 1

The following entities were served by first class mail on Apr 26, 2009.
cr          +Forest Diamonds, Inc. d/b/a Aminov Diamonds,   Attn: Hanan Totayev,   15 West 47th St.,
             Suite 906,   New York, NY 10036-3305

The following entities were served by electronic transmission.
NONE.                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 26, 2009**                    **Signature:**