UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

TEICH GROH
691 State Highway 33
Trenton, New Jersey 08619
(609) 890-1500
Attorneys for Trustee

In Re:

YEHUDA AMINOV

Case No. 08-11232-RTL

Chapter 7

Judge: Raymond T. Lyons, Jr.

**Order Filed on 4/24/2009 by Clerk U.S. Bankruptcy Court District of New Jersey**

## ORDER APPROVING ABANDONMENT

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: 4/24/2009**

*Raymond T. Lyons*
Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

(Page 2)
Debtor:       Yehuda Aminov
Case No.:    08-11232-RTL
Caption of Order: **ORDER APPROVING ABANDONMENT**

---

This matter having been brought before the court upon an objection to the Chapter 7 Trustee's abandonment of the debtor's one-half (½) interest in a two-bedroom apartment located at Gani Aviv, Lod, Israel, and the Court having considered the pleadings submitted, and a hearing having been held on April 6, 2009, and good and sufficient cause appearing;

IT IS hereby ORDERED as follows:

1. That the objection of Hanan Totayev to the Trustee's abandonment of the debtor's one-half (½) interest in a two-bedroom apartment located at Gani Aviv, Lod, Israel, be and the same is hereby overruled and the Trustee's abandonment is hereby approved.

*Approved by Judge Raymond T. Lyons  April 24, 2009*

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: ndutko              Page 1 of 1              Date Rcvd: Apr 24, 2009
Case: 08-11232                Form ID: pdf903           Total Served: 1

The following entities were served by first class mail on Apr 26, 2009.
db           +Yehuda Aminov,   23 Kelmwood Avenue,   Lakewood, NJ 08701-2983

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 26, 2009**                    **Signature:**    *Joseph Speetjens*